IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                    No. 2:08cv1083-LKK-JFM (PC)

    vs.

M. DANGLER, et al.,

    Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2008, plaintiff filed a complaint in which he alleges defendants impeded his right of access to the courts by delaying their response to his administrative grievance. However, this issue is presently pending in Case No. 2:06cv2094 FCD KJM P (motion based on plaintiff's alleged failure to exhaust his administrative remedies presently pending).[1]

        Inmates have a fundamental constitutional right of access to the courts. Lewis v. Casey, 518 U.S. 343, 346, 116 S.Ct. 2174, 2177 (1996). The right is limited to direct criminal appeals, habeas petitions, and civil rights actions. Id. at 354, 2181-82. Claims for denial of access to the courts may arise from the frustration or hindrance of "a litigating opportunity yet to

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  be gained" (forward-looking access claim) or from the loss of a meritorious suit that cannot now
2  be tried (backward-looking claim).  Christopher v. Harbury, 536 U.S. 403, 412-15, 122 S.Ct.
3  2179, 2185-87 (2002).  To prevail on a claim, the plaintiff must show that he suffered an actual
4  injury by being shut out of court.  Id. at 415, 2187; Lewis, 518 U.S. at 351, 2180.

5        Because the issue of whether or not plaintiff suffered an actual injury is presently
6  pending in Case No. 2:06cv2094 FCD KJM P, the instant action is not yet ripe.  Accordingly,
7  this action should be dismissed without prejudice.

8        IT IS HEREBY RECOMMENDED that this action be dismissed without
9  prejudice.

10       These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
12 days after being served with these findings and recommendations, plaintiff may file written
13 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
14 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
15 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
16 F.2d 1153 (9th Cir. 1991).
17 DATED:  June 26, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

21 /001; lars1083.clo